IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RYLEE MEINTS, et al., | |
| Plaintiffs, | 4:21-CR-3090 |
| vs. | |
| CITY OF WYMORE, NEBRASKA, et al., | JUDGMENT |
| Defendants. | |

On the parties' joint stipulation for dismissal with prejudice (filing 83) this case is dismissed with prejudice, each party to pay their own costs and attorney's fees.

Dated this 26th day of May, 2023.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
Senior United States District Judge